458 A.2d 268

Walker, et al., Appellants v. Brink Builders et al.

Submitted June 15, 1982. Thomas Daniel Heberle, for appellants; Will J. Schaaf, for appellees.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Appeal quashed.